**DARNETTE DANIELS, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, TAYLER MCCLENDON**     *     **NO. 2024-CA-0833**

         *     **COURT OF APPEAL**

         *     **FOURTH CIRCUIT**

**VERSUS**          *     **STATE OF LOUISIANA**

**STATE OF LOUISIANA, BOARD OF ELEMENTARY AND SECONDARY EDUCATION, ORLEANS PARISH SCHOOL BOARD, NEW BEGINNINGS SCHOOLS FOUNDATION, AND TENSQUARE, LLC**

         *

         *

    * * * * * * *

**ERVIN-KNOTT, J., CONCURS IN THE RESULT**

I concur in the result.